```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Trenise Brent, et al., | : | CIVIL ACTION |
| | : | NO. 19-6023 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| First Student, Inc., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **20th** day of **May, 2020,** after considering Plaintiffs' Motion to Remand (ECF No. 12) and Defendants' Response to Motion to Remand (ECF No. 13), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion to Remand (ECF No. 12) is **DENIED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**